

**ORDERED in the Southern District of Florida on October 18, 2009.**

John K. Olson, Judge
United States Bankruptcy Court

---

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division**
www.flsb.uscourts.gov

**In re**:

Case No.: 09-26233-BKC-JKO

Randy and Shannon **Edelstein,**

Chapter 7

     Debtors.

_____/

### ORDER GRANTING MOTION TO AVOID LIEN
### WITH BENEFICIAL HFC [DE 48]

On October 6, 2009, a hearing was held regarding Randy and Shannon Edelstein's (the "Debtors") Amended Motion to Avoid Lien with North Ridge Medical Center [DE 48]. At the hearing, Randy Edelstein showed me a copy of the certified mail receipt, I find that service was proper upon an officer of Beneficial HFC, and it is **ORDERED** that the [DE 48] motion is **GRANTED**.

# # #

-1-

Copies to:

Randy and Shannon Edelstein
8611 SW 19 St
Davie, FL 33324
954-298-7997

Registered Agent for Beneficial HFC
CT Corporation System
1200 S. Pine Island Road
Plantation, FL 33324

The Clerk of Court is requested to provide copies of this Order to interested parties registered to receive such notice via CM/ECF (Trustee Salkin, Office of the US Trustee, etc.).

# CERTIFICATE OF NOTICE

```
District/off: 113C-0        User: rodriguez        Page 1 of 1            Date Rcvd: Oct 19, 2009
Case: 09-26233             Form ID: pdf004         Total Noticed: 2
```

```
The following entities were noticed by first class mail on Oct 21, 2009.
db/jdb      +Randy Edelstein,   Shannon Edelstein,   8611 SW 19 St,   Davie, FL 33324-5219
            +Registered Agent for Beneficial HFC,   CT Corporation System,   1200 S. Pine Island Road,
             Plantation, FL 33324-4413

The following entities were noticed by electronic transmission.
NONE.                                                                        TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 21, 2009**                    **Signature:**    *Joseph Speetjens*